**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | | |
|---|---|---|
| MILAN ARVINDKUMAR PATEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause Number: 4:23-CV-83-PPS-JPK |
| | ) | |
| U.S. CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff, Milan Arvindkumar Patel, filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). [DE 8.]  Defendants have not yet filed an answer, motion to dismiss, or motion for summary judgment in this matter.

As the Notice of Voluntary Dismissal [DE 8] meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i), it is **GRANTED** and the cause of action is **DISMISSED WITHOUT PREJUDICE.**  Each party shall bear their own costs and fees.  Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

ENTERED: December 11, 2023.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**